**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| In Re:  DAVID G DUNAWAY | § | Case No.: 07-21097 |
| LICIA J DUNAWAY | § | |
|  | § | |
|  | § | |
|  | § | |
| Debtor(s) | § | |

------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/09/2007.

2) The case was confirmed on 02/13/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/15/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/05/2008, 02/03/2009.

5) The case was dismissed on 05/13/2009.

6) Number of months from filing to the last payment: 17

7) Number of months case was pending: 20

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 7,550.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 3,684.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 3,684.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 160.56 |
| Court Costs | $ .00 |
| Trustee  Expenses and Compensation | $ 281.17 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 441.73 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | PRIORITY | 243.31 | 250.41 | 250.41 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 965.79 | 965.79 | .00 | .00 |
| AARONS RENT | SECURED | NA | .00 | .00 | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | 600.00 | 807.12 | 600.00 | 183.30 | 28.17 |
| AMERICAN GENERAL FIN | UNSECURED | 353.97 | .00 | 207.12 | .00 | .00 |
| PATELCO CREDIT UNION | SECURED | 8,000.00 | 20,112.74 | 8,000.00 | 2,315.76 | 715.04 |
| PATELCO CREDIT UNION | UNSECURED | 12,287.67 | .00 | 12,112.74 | .00 | .00 |
| RENT A CENTER | OTHER | NA | NA | NA | .00 | .00 |
| INSTANT CASH LOAN TI | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| AIP CASH WORLD WIDE | UNSECURED | 289.00 | NA | NA | .00 | .00 |
| ALL CREDIT LENDERS | UNSECURED | 317.45 | NA | NA | .00 | .00 |
| AMERICAN CREDIT ASSO | UNSECURED | 2,300.00 | NA | NA | .00 | .00 |
| AMERILOAN | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| ANIMAL CLINIC OF STE | UNSECURED | 57.00 | NA | NA | .00 | .00 |
| SOUTHWEST CREDIT | UNSECURED | 116.33 | NA | NA | .00 | .00 |
| AUM | UNSECURED | 104.32 | NA | NA | .00 | .00 |
| ASHLAND FUNDING | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| CINGULAR/AT&T | UNSECURED | 1,129.30 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 384.19 | NA | NA | .00 | .00 |
| COM ED EXELON CORPOR | UNSECURED | 118.34 | NA | NA | .00 | .00 |
| DETROIT EDISON | UNSECURED | 1,400.00 | NA | NA | .00 | .00 |
| SPIRIT OF AMERICA NA | UNSECURED | 292.38 | 403.73 | 403.73 | .00 | .00 |
| PREMIER BANCARD CHAR | UNSECURED | 275.00 | 306.27 | 306.27 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT COR | UNSECURED | 671.84 | 455.14 | 455.14 | .00 | .00 |
| MICHIGAN DEPT OF EDU | UNSECURED | 763.00 | .00 | .00 | .00 | .00 |
| METRO CREDIT UNION | UNSECURED | 3,293.89 | 123.69 | 123.69 | .00 | .00 |
| NATIONAL CASH ADVANC | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| MICHIGAN DEPT OF EDU | UNSECURED | 5,896.35 | 5,896.35 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | NA | NA | NA | .00 | .00 |
| NORTHWAY FINANCIAL | UNSECURED | 762.00 | NA | NA | .00 | .00 |
| SHORT TERM LOANS | UNSECURED | 577.75 | 602.00 | 602.00 | .00 | .00 |
| STATE OF LOUISIANA | UNSECURED | 34.50 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 400.00 | 390.98 | 390.98 | .00 | .00 |
| STUDENT LOAN CORPORA | UNSECURED | 16,900.00 | .00 | .00 | .00 | .00 |
| US BANK | UNSECURED | 580.00 | 500.94 | 500.94 | .00 | .00 |
| MIDWEST VERIZON WIRE | UNSECURED | 1,093.06 | 1,144.16 | 1,144.16 | .00 | .00 |
| WESTBURY VENTURES | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| WIDE OPEN WEST | UNSECURED | 66.09 | NA | NA | .00 | .00 |
| WILLIAM BEAUMONT HOS | UNSECURED | 86.25 | NA | NA | .00 | .00 |
| WORLD WIDE CASH | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| BUTLER BUTLER & ROSE | OTHER | NA | NA | NA | .00 | .00 |
| MACOMB COUNTY FRIEND | PRIORITY | 1,750.00 | NA | NA | .00 | .00 |
| KATHLEEN SELATY | OTHER | NA | NA | NA | .00 | .00 |
| TREE HOUSE APTS | UNSECURED | 104.32 | NA | NA | .00 | .00 |
| METRO CREDIT UNION | UNSECURED | NA | 3,644.14 | 3,644.14 | .00 | .00 |
| BINSONS HOSPITAL SUP | UNSECURED | NA | 1,600.00 | 1,600.00 | .00 | .00 |
| STATE OF MICHIGAN | UNSECURED | 537.78 | 530.27 | 530.27 | .00 | .00 |
| STATE OF MICHIGAN | UNSECURED | NA | 537.78 | .00 | .00 | .00 |
| STATE OF MICHIGAN | PRIORITY | 640.50 | 627.83 | 627.83 | .00 | .00 |
| STATE OF MICHIGAN | UNSECURED | NA | 640.50 | .00 | .00 | .00 |
| PATELCO CREDIT UNION | SECURED | NA | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 8,600.00 | 2,499.06 | 743.21 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 8,600.00 | 2,499.06 | 743.21 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 878.24 | .00 | .00 |
| **TOTAL PRIORITY:** | 878.24 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 22,986.97 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 441.73 |
| Disbursements to Creditors | $ | 3,242.27 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 3,684.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/16/2009           /s/ Tom Vaughn_____
                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**